MR. JUSTICE MORRISON,
specially concurring:
I concur in the result. However, I would overrule State ex rel. Hi-Ball Contr., Inc. cited in the majority opinion. In my opinion, the statute of limitations applicable to a minor extends one year after that minor reaches majority qualified by the fact that the normal statute of limitations cannot be shortened. In other words, a minor is entitled to the regular statute of limitations which is applicable, but if that period of time has expired the minor is entitled to one year after reaching majority within which to file the action.
However, the plaintiff in this case was entitled to rely upon our previous decision in Hi-Ball. Under these circumstances, I would permit the plaintiff’s action to go forward.
JUSTICES WEBER and SHEEHY join in the foregoing special concurrence.